No. D–2416. IN RE DISCIPLINE OF BUDA. David Newton Buda, of Fort Lee, N. J., is suspended from the practice of law in

this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.